# EXHIBIT D

**Exhibit D: List of Landowners**

Hickory Hill Farm 1869, LLC
c/o David S. Freeman as Registered Agent
835 Tyne Valley Court
Nashville, TN 37220-1533